THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ADOLPH REICH, Appellant.

(Argued June 28, 1888; decided October 2, 1888.)

APPEAL from judgment of the Court of General Sessions in and for the city and county of New York, entered upon a verdict convicting the defendant of the crime of murder.

The opinion is devoted mainly to a review of the testimony, the court reaching the conclusion that it fully justified the conviction.

*William F. Howe* and *Adolph L. Sanger* for appellant.

*McKenzie Semple* for respondent.

FINCH, J., reads for affirmance.
All concur.
Judgment affirmed.